IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| IGNACIO MINAYA, *individually and on behalf of others similarly-situated* : | |
| : | CIVIL NO.: 24-cv-02122-NIQA |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAND COAST INSULATION, INC. : | |
| : | |
| Defendant. : | |

---

**PLAINTIFF'S MOTION TO FOR DEFAULT JUDGMENT
AGAINST DEFENDANT LAND COAST INSULATION, INC.**

Plaintiff Ignacio Minaya ("Plaintiff"), by and through his undersigned attorney, respectfully moves before this Honorable Court for entry of default judgment against Defendant Land Coast Insulation, Inc. ("Land Coast"), pursuant to Federal Rule of Civil Procedure 55(b), in the amount of not less than $123,137.00, plus post-judgment interest, as set forth in the accompanying Memorandum of Law and attached exhibits.[1]  In the alternative, Plaintiff requests the scheduling of a proof hearing to assess the nature and extent of Plaintiff's damages under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Plaintiff's arguments in support of this Motion are explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

---

[1] As explained in the accompanying Memorandum of Law, in light of the opt-in requirements of 29 U.S.C. § 216(b), as well as the notice and due process requirements of Rule 23 of the Federal Rule of Civil Procedure, Plaintiff moves for default judgment only as to his *individual* (as opposed to collective or class action) claims.  Nevertheless, Plaintiff reserves the right to withdraw this motion and proceed with the prosecution of his collective and class action claims should Defendant belatedly appear in this case to contest the entry of default judgment or to set aside the same.

                                                        Respectfully submitted,

                                                        **MURPHY LAW GROUP, LLC**

                  By:    <u>/s Michael Groh</u>
                          Michael Murphy, Esq.
                          Michael Groh, Esq.
                          Eight Penn Center, Suite 2000
                          1628 John F. Kennedy Blvd.
                          Philadelphia, PA 19103
                          TEL: (267) 273-1054
                          FAX: (215) 525-0210
                          murphy@phillyemploymentlawyer.com
                          mgroh@phillyemploymentlawyer.com
                          *Attorneys for Plaintiff*

Dated: January 16, 2025

## **CERTIFICATE OF SERVICE**

I, Michael Groh, Esq., hereby certify that on January 16, 2025, caused a true and correct copy of the foregoing to be sent via first class mail to the following parties:

Land Coast Insulation, Inc.
4017 2nd Street
New Iberia, LA 70560

 /s/ Michael Groh
Michael Groh, Esq.

Dated: January 16, 2025