IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IGNACIO MINAYA, *individually and on behalf of others similarly-situated* : : : : | CIVIL NO.: 24-cv-02122 |
| Plaintiff, : : : : | |
| v. : : | |
| LAND COAST INSULATION, INC. : : | |
| Defendant. : | |

**<u>ORDER</u>**

And now this 14th day of February, 2025 upon consideration of Plaintiff's Motion for Default Judgment, (Dkt. 7), and having no response from the Defendant thereto, the Court finds the Plaintiff has filed a proper motion and affidavit in accordance with Fed. R. Civ. P. 55(a) and (b), and accordingly it is ORDERED that the motion is GRANTED IN PART, and DEFFERED IN PART. Judgment is hereby entered in favor of Plaintiff, Ignacio Minaya, and against Defendant Land Coast Insulation, Inc., in the amount of $87,137 plus legal interest which shall accrue until the judgment is satisfied. The judgement issued is based on the following categories of liability:

(a) $3,685.50 in unpaid overtime compensation pursuant to the Fair Labor Standards Act ("FLSA") and Pennsylvania Minimum Wage Act ("PMWA");

(b) $3,685.50 in liquidated damages under the FLSA, representing 100% of Plaintiff's unpaid overtime compensation;

(c) $31,930.45 in back pay pursuant to Plaintiff's claims for retaliatory discharge under the FLSA;

(d) $31,930.45 in liquidated damages under the FLSA, representing 100% of Plaintiff's back pay;

(e) $1,084.00 in unpaid wages under the Pennsylvania Wage Payment and Collection Law ("WPCL");

(f) $500.00 in liquidated damages under the WPCL; and

(g) $10,321.10, representing $9,702.75 in reasonable attorneys' fees and $618.35 in litigation costs.

The Motion is DEFERRED on the claims of compensatory damages for emotional distress and punitive damages. A hearing shall be held on **March 19, 2025 at 1:30 p.m.** at the James A. Byrne U.S. Courthouse 601 Market Street Philadelphia, PA 19106. Counsel will be notified of which courtroom will be used in advance of the hearing. At the hearing Plaintiff's counsel shall be prepared to present evidence as to the claims for emotional distress and punitive damages.

Plaintiff shall notify chambers, by way of a letter placed on the docket, if Plaintiff wishes to waive his claims for emotional distress and/or punitive damages and moot the need for a hearing.

BY THE COURT:

_____
GAIL A. WEILHEIMER     J.