IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IGNACIO MINAYA, *individually and on behalf of others similarly-situated* | : : | |
| | : | CIVIL NO.: 24-cv-02122 |
| Plaintiff, | : : : | |
| v. | : : | |
| LAND COAST INSULATION, INC. | : : | |
| Defendant. | : | |

ORDER

And now this 11th day of March, 2025, as Plaintiff has withdrawn her claims for emotional distress and punitive damages, the following is hereby ORDERED:

1. The hearing scheduled to take placed on March 19, 2025 is CANCELLED;

2. The default judgment entered by the Court on February 14, 2025 (Dkt. #9) remains unchanged;

3. The Clerk of Court is directed to mark this matter CLOSED.

BY THE COURT:

*[signature]*

_____
GAIL A. WEILHEIMER        J.